IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY KENNELLEY; DELORA KENNELLEY,<br><br>        Plaintiffs<br><br>v.<br><br>PID, LLC<br>CHURCHILL DOWNS, INC., d/b/a<br>PRESQUE ISLE DOWNS & CASINO, LLC,<br><br>        Defendants | CIVIL DIVISION<br><br>Civil Action No. 1:22-CV-155<br><br>The Honorable Susan Paradise Baxter |

## NOTICE OF SETTLEMENT

Please let this be a notice of settlement regarding case number 1:22-cv-155-SPB.

Defendant has sent the release of claims and plaintiff will be in within the next few days to sign.

The case should be closed via stipulation of discontinuance by December 31, 2024.

*/s/ Brian Chapin York*
Brian Chapin York
Attorney for Plaintiffs
106 Forest Avenue
Jamestown, NY 14701
716-664-1140
Email: briancyork@windstream.net


To:

Robert J. Behling, Esq.
Attorney for Defendants
48 26th Street
Pittsburgh, PA 15222
Email: rjbehling@burnswhite.com

1